UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ERROL O. BOOTHE** JOINT DEBTOR: _____ CASE NO.: **15-15190-JKO**
Last Four Digits of SS# **8397**    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $**4892.71** for months **1** to **60**;
  B.  $_____ for months ____ to ____;
  C.  $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
             Balance Due  $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **SELENE FINANCE**    Arrearage on Petition Date $ **2196.48**
Address: **9990 RICHMOND AVENUE**    Arrears Payment  $ **1766.67**/month (Months **1** to **60**)
**SUITE 400 SOUTH, HOUSTON, TX 77042** Regular Payment $ **2196.48**/month (Months **1** to **60**)
Account No: **0010014819**

2. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment  $_____/month (Months ____ to ____)
             Regular Payment $_____/month (Months ____ to ____)
Account No: _____

3. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment  $_____/month (Months ____ to ____)
             Regular Payment $_____/month (Months ____ to ____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **IRS** _____  Total Due $ **17,700.00**
             Payable  $**295.00**/month (Months **1** to **60**) Regular Payment $ **250.00**
2. _____  Total Due $_____
             Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____            _____
Debtor                                  Joint Debtor
Date: **05/07/2015**                    Date: _____

LF-31 (rev. 01/08/10)